IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:18-CR-06-D |
| VS. | § | |
| | § | |
| ASHLEY RENEE MERRITT (43), | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

Defendant's November 8, 2018 motion to continue sentencing hearing is granted, and the sentencing is continued to Friday, December 07, 2018 at 2:00 p.m.  All other related deadlines are now due based on the new sentencing date.

**SO ORDERED**.

November 8, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE